# EXHIBIT 1-A



**DEPARTMENT OF DEFENSE**
**OFFICE OF THE GENERAL COUNSEL**
1600 DEFENSE PENTAGON
WASHINGTON, DC 20301-1600

MAR 2 1 2019

CDR Guy M. Snodgrass, USN (Ret.)

**VIA U.S. MAIL AND EMAIL**

Dear Commander Snodgrass:

      Penguin Random House has announced the October 29, 2019 publication of your book *Holding the Line: Inside the Pentagon with General Mattis*. The publisher describes the book as an "insider's sometimes shocking account" that draws on "meticulous notes from [your] seventeen months working with Mattis." Calling it "a must-read for readers who care about America's national security," the publisher adds that the book is "filled with never-before-told stories [about] the quiet and steady efforts of General Mattis and the dedicated men and women he led at the Department of Defense."

      The Defense Office of Prepublication and Security Review has no record that you submitted the manuscript of *Holding the Line* for prepublication review. Publishing your book without first obtaining government clearance would constitute a material breach of your contractual, fiduciary, and regulatory obligations to the government. *See* Sensitive Compartmented Information Nondisclosure Agreement (signed Apr. 30, 2018); *Snepp v. United States*, 444 U.S. 507 (1980); DoD Directive 5230.09 (Apr. 14, 2017).

      During your 20-year Navy career and thereafter as a civilian DoD employee, and especially when you served on the immediate staff of the Secretary of Defense as his speechwriter, the government placed in you special confidence and trust. You had regular access to classified national security information and other highly sensitive information. In return, you accepted certain legal obligations aimed at safeguarding our national security. On April 30, 2018, you signed a nondisclosure agreement acknowledging these obligations, which never expire. You then were reminded of your continuing obligations on July 29 and again on December 6, 2018. Among them is the requirement to submit for prepublication security review any writing that describes activities relating to military matters, national security, or intelligence, regardless of whether the writing contains classified information. A consequence of violating the prepublication review requirement is the assignment to the government of all proceeds from the book. *Snepp*, 444 U.S. at 510 and 515; *see United States v. Jones*, No. 1:10-cv-765, Order, Apr. 18, 2012 (E.D. Va.) (imposing constructive trust for the government's benefit over all proceeds from book published without agency's prior approval).



The Department is committed to deterring those who would profit from unauthorized publication at the expense of our national security.  If you violate your prepublication review requirement or other legal obligations, the Department will urge legal action against you and anyone acting in concert with you.  I therefore encourage you to submit your manuscript to the Defense Office of Prepublication and Security Review immediately.  That office's phone number is 703-614-5001 and its email is whs.pentagon.esd.mbx.secrev@mail.mil.[1]  Please inform us when you have complied.

In addition, the Department has no record of any requests for the removal of materials upon your departure from government service.  Departing personnel may not remove records from government custody, nor may they remove other work-related materials or government-owned information without proper approval.  36 C.F.R. ch. XII, subch. B; DoD Instruction 5015.02, *DoD Records Management Program* § 3.l. and Encl. 2, § 3.t. (Aug. 17, 2017).  Authorized officials must first review those materials to prevent the removal of classified, personally identifiable, privileged, and other restricted information.  *Id.*; Administrative Instruction 15, *OSD Records and Information Management Program* Encl. 5 (Apr. 19, 2017).  You must therefore return all copies of the "meticulous notes" from your time working with the Secretary of Defense as well as any other work-related materials still in your possession.  Failure to do so could expose you to additional legal liability.

Be advised that the Department reserves the right to pursue all legal and equitable remedies available to the government if you fail to comply with any of your obligations.

You may contact Alci Ortiz of my office (alcides.ortiz-ferrari.civ@mail.mil, 703-571-0795) with any questions.

Sincerely,

Robert E. Easton
Director, Office of Litigation Counsel

---

[1] A guide to the review process is available at https://www.esd.whs.mil/Portals/54/Documents/DOPSR/Docs/ DOPSR%20BROCHURE.PDF?ver=2017-07-05-142406-460&timestamp=1499279056278.