# EXHIBIT 1-C

From: Jimmatti
Subject: RE: Book: Holding the Line
Date: March 26, 2019 at 11:29 AM
To: Guy Snodgras
Cc: Thompson, Scott F CIV OSD OGC (USA) scott.f.thompson.civ@mail.mil, Rishel, Eric C CIV OSD OGC (USA) eric.c.rishel.civ@mail.mil

Bus – I regret that you appear to be violating the trust that permitted you as a member of my staff to be in private meetings in my office, where those of us carrying the responsibilities believed that all could speak openly in pre-decisional discussions.

I believe that you are aware that non-public information is not to be shared. Further that you understand that you would have been in none of those meetings, taking none of the notes your publisher high-lighted in the initial press release that you sent to me, had I known you intended to violate that trust.

Sincerely, Jim Mattis

---

From: Guy Snodgrass
Sent: Tuesday, March 26, 2019 8:08 AM
To: Jim Mattis
Subject: Book: Holding the Line

General,

Good morning from sunny Washington, D.C.

Just a "head's up" that Penguin | Random House will be announcing my book project, Holding the Line, tomorrow morning. I won't be saying much publicly to the media at this point. I gave a head's up to Charlie Summers this weekend so the PA staff isn't caught off guard.

I'm still finishing the manuscript and will, of course, be submitting the book for review. I don't go anywhere near classified info or sources/methods, and don't anticipate any significant concerns for the current staff or Acting Secretary Shanahan.

Below is the "descriptive copy" from the publisher that will post to Amazon. We're many months away from actual release. I'll circle back around as we get closer.

Hope all is well on your end. Congratulations on returning to Hoover — they'll benefit greatly from your presence.

V/R,
  Bus

—

DRAFT

FOR IMMEDIATE RELEASE



