# EXHIBIT 1-E

**MARK S. ZAID, P.C.**
ATTORNEY-AT-LAW

1250 CONNECTICUT AVENUE, N.W.
SUITE 700
WASHINGTON, DC 20036
\_\_\_\_\_

TELEPHONE: (202) 454-2809
FACSIMILE: (202) 330-5610
www.MarkZaid.com

MARK S. ZAID, MANAGING PARTNER (admitted in CT, DC, MD, NY)
   E-MAIL: MARK@MARKZAID.COM
BRADLEY P. MOSS, PARTNER (admitted in DC, IL)
   E-MAIL: BRAD@MARKZAID.COM
ILANA S. GREENSTEIN, OF COUNSEL (admitted in DC, MD)
   E-MAIL: ILANA@MARKZAID.COM
ANDREW P. BAKAJ, SPECIAL OF COUNSEL (admitted in DC, NJ)
   E-MAIL: ANDREW@MARKZAID.COM

July 10, 2019

<u>VIA E-MAIL</u>

Robert E. Easton
Director, Office of Litigation Counsel
Office of General Counsel
Department of Defense
1600 Defense Pentagon
Washington, D.C. 20301-1600

Re: CDR Guy M. Snodgrass, USN (Ret.)

Dear Mr. Easton:

    As you recall from my letter dated March 27, 2019, my firm represents Guy Snodgrass with respect to his forthcoming book tentatively entitled *Holding the Line: Inside Trump's Pentagon with Secretary Mattis*. Mr. Snodgrass timely followed through with submission of his manuscript for prepublication review and the book has been undergoing processing.

    To date, no classified information has been identified in the manuscript. But officials within the Defense Office of Pre-Publication and Security Review ("DOPSR") have notified Mr. Snodgrass that portions of his book that pertains to conversations held within "the Tank" must be deleted based on instructions from the Joint Chiefs of Staff. The basis for this decision was said to be CJCS Instruction 5002.01, specifically Enclosure A, 3.b.

    I know you are aware that the *only* type of information that the U.S. Government can legally prohibit a non-governmental official from publishing is classified information (and, of course, other information statutorily prohibited such as grand jury testimony). <u>McGehee v. Casey</u>, 718 F.2d 1137, 1142 (D.C. Cir. 1983). The government may not censor such material, "contractually or otherwise." "[A]ny secrecy agreement which purports to prevent disclosure of unclassified information would contravene First Amendment rights." <u>Stillman v. CIA et al.</u>, 517 F. Supp. 2d 32, 37 fn. 4 (D.D.C. 2007), <u>citing</u> <u>United States v. Marchetti</u>, 466 F.2d 1309,

1317 (4th Cir.), cert. denied, 409 U.S. 1063 (1972). See also Stillman v. CIA et al., 319 F.3d 546, 548 (D.C. Cir. 2003)(if information unclassified, manuscript can be published).

    The concern expressed by the Joint Chiefs via DOPSR is acknowledged but is legally irrelevant. Nothing within the Instruction statutorily or legally prohibits Mr. Snodgrass from publishing unclassified information that originated in the Tank, or elsewhere.

    I am respectfully requesting that the Department formally acknowledge this fact, and that you please do so no later than Wednesday, July 17, 2019, so that the Department does not contractually interfere with the publication of Mr. Snodgrass' book. We also expect DOPSR to immediately complete its review and issue a final decision. As you know, DoD regulations speak to a thirty-day time period for completion of review and while realistically that might not always constitute sufficient time, DOPSR has had this manuscript for nearly three months. Given the reviews that have been completed thus far, it appears conclusion of the process is justified. Otherwise, we will be compelled to initiate litigation against the Department to prosecute and defend Mr. Snodgrass' First Amendment rights. This is not an idle threat as DOPSR is well aware over the last two decades that I will not hesitate to proceed to litigation to protect my clients' First Amendment rights.

    I look forward to hearing from you or your designee shortly, and appreciate a prompt response.

    Sincerely,

    /s/

    Mark S. Zaid

cc: Alci Ortiz (via e-mail)
    DoD, OGC
  George R. "Frosty" Sturgis (via e-mail)
    Director, DOPSR
  Kelly McHale (via e-mail)
    Head of Manuscripts, DOPSR
  Paul Jacobsmeyer (via e-mail)
    DOPSR
  Guy M. Snodgress (via e-mail)