# EXHIBIT 1-F



**DEPARTMENT OF DEFENSE**
**OFFICE OF THE GENERAL COUNSEL**
1600 DEFENSE PENTAGON
WASHINGTON, DC 20301-1600

JUL 17 2019

Mark S. Zaid
1250 Connecticut Ave., NW
Washington, DC 20036

**VIA U.S. MAIL AND EMAIL**

Dear Mr. Zaid:

We received your July 10, 2019 letter concerning the government's prepublication review of Mr. Snodgrass's manuscript *Holding the Line: Inside Trump's Pentagon with General Mattis*. As you acknowledged, the government has yet to issue a final determination. Some components are still coordinating their review, which they expect to complete by mid-August. Once all reviews are completed, the Defense Office of Prepublication and Security Review will provide Mr. Snodgrass with the government's formal response, assuming no additional coordination is required.

With respect to unclassified statements made in the Joint Chiefs of Staff's conference room known as the "Tank," your letter suggests that Mr. Snodgrass is unwilling to engage in further dialogue about removing or rewriting attributed material, despite its sensitive nature and Mr. Snodgrass's duty to protect the confidences of Secretary Mattis and other senior leaders, including the President. Please confirm if this is the case. Note, however, that release of such information would violate the public trust placed in Mr. Snodgrass, as Secretary Mattis explained in guidance issued on October 3, 2017 (copy enclosed).

You may contact Alci Ortiz of my office (alcides.ortiz-ferrari.civ@mail.mil, 703-571-0795) with any questions.

Sincerely,

Robert E. Easton
Director, Office of Litigation Counsel

Enclosure





SECRETARY OF DEFENSE
1000 DEFENSE PENTAGON
WASHINGTON, DC 20301-1000

10/3/2017

# MEMORANDUM FOR ALL MILITARY PERSONNEL AND DEPARTMENT OF DEFENSE EMPLOYEES

SUBJECT:  Our Responsibility to Safeguard our Nation

Public service, notably service in the United States Department of Defense (DoD), is a public trust.  That trust is bounded by the Oath of Office we took willingly.  The oath is a solemn and legally enforceable obligation to support and defend our Constitution, keeping faith with our leadership and carrying out our orders in order to safeguard the American people.  As I write this we have troops in harm's way, carrying out their orders and putting their lives on the line.

In order to carry out our responsibilities, we are privy to some of the most sensitive and closely held information in our land.  It is a violation of our oath to divulge, in any fashion, non-public DoD information, classified or unclassified, to anyone without the required security clearance as well as a specific need to know in performance of their duties.  Divulging information in violation of these precepts places at risk our troops in harm's way, our intelligence operations, and our technological advantages over our foes.  Our integrity as individuals and as a Department imparts special responsibility on each of us to protect our secrets.  Cavalier neglect of protecting non-public information, classified or unclassified, or intentional release of information to unauthorized persons, is a serious matter in this Department.  Our duties to office and country demand we preserve and protect all matters vital to defending the Nation.

We must be vigilant in executing our responsibility to prevent disclosure of any information not authorized for release outside of the Department of Defense:  All hands must be alert to prevent unauthorized disclosure of non-public information for any reason, whether by implied acknowledgement or intentional release.  Misconduct cannot be tolerated and suspected or confirmed disclosure must be reported at once.

Protecting non-public information in no way inhibits reporting misconduct to appropriate officials, including those in the DoD Office of the Inspector General, nor does it restrict one's right to communicate with Congress or run contrary to whistleblower protections enshrined in law.

We are a Department at war, and the increasingly complex security challenges call for increased vigilance in protecting our secrets.  We must always be mindful of the obligations we have to each other and the Nation we have sworn to protect.



