# EXHIBIT 1-K



**DEPARTMENT OF DEFENSE**
**OFFICE OF THE GENERAL COUNSEL**
1600 DEFENSE PENTAGON
WASHINGTON, DC 20301-1600

AUG 2 2 2019

**VIA U.S. MAIL AND EMAIL**

Mark S. Zaid
1250 Connecticut Ave., NW
Washington, DC 20036

Dear Mr. Zaid:

I write again regarding your client CDR Guy M. Snodgrass (Ret.) and his intent to publish a book titled *Holding the Line: Inside Trump's Pentagon with General Mattis*.

As reflected in prior correspondence, CDR Snodgrass asserts that in preparing the manuscript he relied on "meticulous notes from his seventeen months working with [Secretary] Mattis." Indeed, the manuscript contains numerous detailed quotations of statements that Secretary Mattis and other senior government leaders ostensibly made at meetings that CDR Snodgrass attended. In addition, we understand that CDR Snodgrass regularly took notes in black Moleskine notebooks that he brought to practically every official meeting. To date, however, we have been unable to locate these notebooks or any other written records from which CDR Snodgrass could have drawn the extensive quotations and first-hand historical accounts purportedly documented in *Holding the Line*.

As you know, any such notebooks and other materials created in the course of Department of Defense business are federal records, which CDR Snodgrass was obligated to preserve and leave behind when he departed federal service. *See* 36 C.F.R. ch. XII, subch. B; DoD Instruction 5015.02, *DoD Records Management Program* § 3.1. and Encl. 2, § 3.t. (Aug. 17, 2017). CDR Snodgrass did not submit any requests to remove these or other official records upon his departure. <u>Accordingly, we ask that you make immediate arrangements for the return of any and all notebooks, written records, or other tangible items from CDR Snodgrass relating to his official duties as a member of Secretary Mattis's staff, including any copies of such materials.</u> If nothing fitting this description is currently in his possession, we ask that CDR Snodgrass provide the names of the persons to whom he gave the records and that he provide any other information relating to his handling of these records upon his departure so that the Department can locate them. (Of course, the absence of any such records may raise questions regarding the accuracy of the extensive quotations in the manuscript.)

The issue of the location of these federal records is related to, but distinct from, the review of the manuscript by the Defense Office of Prepublication and Security Review. We understand that CDR Snodgrass is in contact with that office directly regarding the review.



2

I would appreciate your response by August 26. You may contact me with any questions. (Mr. Alci Ortiz of my office is on leave until next week.)

Sincerely,

*Robert Easton*

Robert E. Easton
Director, Office of Litigation Counsel

2