# EXHIBIT 1-M



**From:** **Chewning, Eric SES SD** Eric.Chewning@sd.mil
**Subject:** RE: Coffee/phone call?
**Date:** July 28, 2019 at 1:04 PM
**To:** Guy Snodgrass
**Cc:** Verga, Peter SES SD Peter.Verga@sd.mil

Hi Bus,
Pete Verga is working this for the Front Office.
I hope all is well.
Best,
Eric

-----Original Message-----
From: Guy Snodgrass <
Sent: Sunday, July 28, 2019 1:01 PM
To: Chewning, Eric SES SD <Eric.Chewning@sd.mil>
Subject: Coffee/phone call?

Eric,

Can I buy you a cup of coffee or have a quick phone call?

The topic is my manuscript, "Holding the Line," which was been in prepublication review for > 3 months.

Thank you in advance. I understand the demands on your time.

V/r,
 Bus