**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| GUY SNODGRASS | * |
|     Plaintiff, | * |
| v. | *   Civil Action No: 19-2607 |
| DEPARTMENT OF DEFENSE | * |
|     Defendant. | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**AFFIDAVIT OF ADRIAN ZACKHEIM**

STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF NEW YORK  )

**ADRIAN ZACKHEIM,** being duly sworn, deposes and says:

1. I am a person over eighteen (18) years of age and competent to testify and I make this affidavit on personal knowledge in support of the Plaintiff's Application for Order of Preliminary and/or Permanent Injunction.

2. I am the founder, president, and publisher of Sentinel, a conservative political imprint at Penguin Random House.

3. Sentinel is an imprint of Penguin Publishing Group, which is a division of Penguin Random House LLC. Penguin Random House is the international home to nearly 250 editorially and creatively independent publishing imprints. Together, our mission is to foster a universal passion for reading by partnering with authors to help create stories and communicate ideas that inform, entertain, and inspire, and to connect them with readers everywhere.

4. The plaintiff Guy Snodgrass ("Mr. Snodgrass") executed a contract with Sentinel dated December 20, 2018, regarding the publication of his manuscript entitled *Holding the Line: Inside Trump's Pentagon With Secretary Mattis*. We had it scheduled for a publication date of October 29, 2019.

5. I understand that Mr. Snodgrass submitted his manuscript to the defendant Department of Defense ("defendant") for a prepublication classification review on April 26, 2019.

6. In order to have made the scheduled publication date of October 29, 2019, we needed to have a cleared manuscript by August 30, 2019, so that we could have files to the printer by September 3, 2019, and make our warehouse date of September 27, 2019.

7. The defendant has still not formally approved the manuscript for publication. We fully support Mr. Snodgrass in his desire to ensure the national security interests of the United States are met. Therefore, we have no intention of publishing the manuscript until the defendant finalizes its review.

8. That said, because the defendant failed to abide by its legal obligation to timely complete the review of Mr. Snodgrass's manuscript by August 30, 2019, we will now be forced to move the on-sale date back week by week, with a real risk of losing retail placement by doing so. If we cannot publish before Thanksgiving, we will have to wait until after the 2019 holidays to get meaningful retail placement. If we are not able to publish by January 2020, the value of the book will be materially, significantly and irreparably diminished since the events recounted within will be considerably in the past and it will be difficult to attract media attention, especially once political attention is focused on the 2020 primaries.

9. It is an absolute certainty that the longer the review process drags on and the publication of Mr. Snodgrass's book is delayed, irreparable financial harm will be incurred. Time is truly of the essence here.

Dated: 3 Sept, 2019

_____
Adrian Zackheim

YUKI A. HIROSE
NOTARY PUBLIC - STATE OF NEW YORK
No. 02HI6343558
Qualified in Westchester County
Commission Expires June 13, 2020

Sworn to before me this
3rd day of September 2019.

_____
Notary Public