# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GUY SNODGRASS | * |
| Plaintiff, | * |
| v. | *  Civil Action No: 19-2607 |
| DEPARTMENT OF DEFENSE | * |
| Defendant. | * |

\* \* \* \* \* \* \* \* \* \* \* \*

# ORDER

Upon consideration of Plaintiff's Application for a Preliminary/Permanent Injunction, and the entire record herein, it is this _____ day of _____ 2019, hereby

ORDERED, that Plaintiff's Motion is granted; and further,

ORDERED, that Defendant shall issue a formal written determination regarding the Plaintiff's Manuscript within three (3) business days; and further,

ORDERED, that Defendant shall file with this Court any supporting classified declarations, *in camera*, *ex parte*, defending any asserted classification decisions, and contemporaneously file a public, unclassified version as permitted; and further,

ORDERED, that Defendant is permanently enjoined from prohibiting Plaintiff from publishing any information in his Manuscript that is unclassified

_____
UNITED STATED DISTRICT JUDGE