## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| GUY SNODGRASS, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 1:19-cv-02607 (EGS) |
| | ) | |
| v. | ) | |
| | ) | |
| DEPARTMENT OF DEFENSE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## JOINT STATUS REPORT

This action concerns the publication of a book by Plaintiff Guy Snodgrass, the manuscript for which was submitted for prepublication review by Defendant Department of Defense. On Tuesday, September 3, 2019, Plaintiff filed a motion for a preliminary injunction. At a status conference on Monday, September 9, 2019, counsel for Defendant represented that DoD was close to completing its review of the manuscript and expected to finish that review by the end of the week. On Wednesday, September 11, 2019, DoD notified Mr. Snodgrass of the completion of its review, with minor redactions. On Thursday, September 12, 2019, Mr. Snodgrass notified DoD that he would honor all the redactions. Subsequent to these developments, the parties are engaging in active discussions on their impact on the litigation. The parties intend to continue these discussions in good faith and to notify the Court as to the outcome. The parties therefore propose to provide a further joint status report on Wednesday, September 25, 2019 and request that all case deadlines be held in abeyance pending the submission of that status report.

Dated: September 16, 2019

Respectfully submitted,

/s/ *Mark S. Zaid* [with permission]
Mark S. Zaid, Esq.
D.C. Bar #440532
Mark S. Zaid, P.C.
1250 Connecticut Avenue, N.W.
Suite 700
Washington, D.C. 20036
(202) 454-2809
(202) 330-5610 fax
Mark@MarkZaid.com

JOSEPH H. HUNT
Assistant Attorney General

ANTHONY J. COPPOLINO

Deputy Director, Federal Programs Branch

 /s/ *Brigham J. Bowen*
BRIGHAM J. BOWEN
Senior Trial Counsel
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Telephone: (202) 514-6289
Facsimile: (202) 616-8470
Email: Brigham.Bowen@usdoj.gov

*Counsel for Defendants*